UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAMIC LLC, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>REVANCE THERAPEUTICS, INC., et al.,<br><br>           Defendants. | Case No.21-cv-09585-AMO<br><br>**JUDGMENT** |

On January 17, 2025, the Court granted Defendants' motion to dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS JUDGMENT** in favor of Defendants and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 17, 2025

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**